Worthy
v.
Gilbert.

Where the
plaintiff under-
took to bear all
the expenses of
bringing the de-
fendant's wit-
nesses to the
county where
the venue is laid,
the motion to
change the ve-
nue, was denied.
On a motion to
change the ve-
nue, no costs are
allowed on ei-
ther side.

WORTHY *against* GILBERT.

N. WILLIAMS, for the defendant, moved to change the *venue* in this cause, from the county of *Albany* to the county of *Oneida.* He read an affidavit of the defendant, that the cause of action arose in the county of *Oneida,* &c. that he had a good and substantial defence on the merits, and that all his witnesses resided in the county of *Oneida.*

*Gold,* contra, objected that the affidavit was too vague ; that it ought to mention the number of witnesses. The defendant swears that all his witnesses reside in the county of *Oneida ;* but *non constat,* that he has one *material* witness in that county. Further, the defendant swears that he has a good defence, but not as he is advised by counsel. He offered to bear all the expenses of producing the defendant's witnesses at the trial in *Albany.*

*Per Curiam.* On the stipulation of the plaintiff's attorney, to pay all the expenses of bringing the defendant's witnesses to *Albany,* we deny the motion to change the *venue.* From the general terms of the affidavit, we cannot infer that the defendant has more than one witness, residing in *Oneida* county ; but it does not appear that the plaintiff has any witness in *Albany.* If the party himself will undertake to swear that he has a good defence on the merits, it is sufficient on a motion to change the *venue.*

*Gold* asked for costs, for opposing the motion, as it had been denied ; but *the Court* said, that on a motion to change the *venue,* no costs were to be allowed on either side.

Motion denied.